In the Matter of the Accounting of THE MOUNT VERNON TRUST COMPANY, as Administrator of the Estate of CHARLOTTE A. RAMSEY, Deceased.

JANE M. RAMSEY, Appellant; LYLLIAN K. RAMSEY, as Assignee of WALTER A. RAMSEY, et al., Respondents.

*Matter of Mount Vernon Trust Co. (Ramsey),* 175 App. Div. 353, affirmed.

(Submitted February 25, 1918; decided March 12, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1916, which affirmed a decree of the Westchester County Surrogate's Court judicially settling the accounts of the administrator of Charlotte A. Ramsey, deceased and fixing and allowing certain claims against the said estate. The appeal is by a daughter of the decedent who had filed several claims as a creditor against the estate of her mother.

*Thomas A. McKennell* and *Alfred H. Appell* for appellant.

*H. Drummond Brown* and *William S. Coffey* for respondents.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.